IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

MATTHEW CHRISTOPHER SAVOY,       )
                                 )
            Petitioner,          )
                                 )
     v.                          )      1:11CV561
                                 )      1:08CR272-3
UNITED STATES OF AMERICA,        )
                                 )
            Respondent.          )

## JUDGMENT

The Recommendation of the United States Magistrate Judge was filed with the court in accordance with 28 U.S.C. § 636(b) and, on March 25, 2014, was served on the parties in this action. (Doc. 172.) No objections were filed within the time limits prescribed by § 636.

The court has reviewed and hereby adopts the Magistrate Judge's Recommendation.

IT IS THEREFORE ORDERED AND ADJUDGED that Petitioner's motion to vacate, set aside, or correct sentence (Doc. 149) is DENIED and this action is DISMISSED.

Finding neither a substantial issue for appeal concerning the denial of a constitutional right affecting the conviction nor a debatable procedural ruling, a certificate of appealability is not issued.

                              /s/   Thomas D. Schroeder
                            United States District Judge
April 28, 2014